## **EXHIBIT A TO ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | Adv. Proc No. 19- _____ (BLS) |
| Plaintiff, | |
| v. | |
| [DEFENDANT NAME], | |
| Defendant. | |

## STIPULATION TO TOLL
## <u>DISCOVERY UNTIL AFTER THE CONCLUSION OF MEDIATION</u>

Plaintiff Michael Goldberg, (the "<u>Plaintiff</u>"), as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, and the above-captioned defendant (the "<u>Defendant</u>" and together with the Plaintiff, the "<u>Parties</u>"), hereby agree and stipulate that, in according with the scheduling order dated _____, 2020, discovery shall be tolled until after the filing of a mediator's Certificate of Completion pursuant to Local Rule 9019-5(f)(ii).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: _____, 2017

[FIRM]                                                PACHULSKI STANG ZIEHL & JONES LLP


By: _____            By: _____
     [Attorney]                                          Richard M. Pachulski (CA Bar No. 90073)
     [Address]                                           Andrew W. Caine (CA Bar No. 110345)
     [City, State, Zip]                                  Bradford J. Sandler (DE Bar No. 4142)
     Tel: _____                               Colin R. Robinson (DE Bar No. 5524)
     Fax: _____                                919 North Market Street, 17th Floor
     Email: _____                           P.O. Box 8705
                                                              Wilmington, DE 19899 (Courier 19801)
     Counsel for Defendant                           Telephone: 302-652-4100
                                                              Fax: 302-652-4400
                                                              Email: rpachulski@pszjlaw.com
                                                                    acaine@pszjlaw.com
                                                                    bsandler@pszjlaw.com
                                                                    crobinson@pszjlaw.com

                                                              Counsel for Plaintiff